1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   JEFFREY KURT MORALES           )        1:06-CV-0979 AWI WMW (HC)
                                    )
11          Petitioner,             )
                                    )        ORDER GRANTING EXTENSION
12      v.                          )        OF TIME
                                    )
13   I. D. CLAY                     )        (DOCUMENT #7)
                                    )
14          Respondent.             )
     ───────────────────────────────)

15

16

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On May 7, 2007, Petitioner filed a motion to extend time to file responsive pleading.  Good

19   cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

     HEREBY ORDERED that:
20
            Petitioner is granted thirty days from the date of service of this order in which to file responsive
21
     pleading.
22
     IT IS SO ORDERED.
23
     **Dated:    June 6, 2007**              _____/s/  **William M. Wunderlich**_____
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28